IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02462-WYD-MJW

GEORGE MAYERS,

Plaintiff(s),

v.

FRANCIS H. HARVEY, SECRETARY OF THE ARMY,

Defendant(s).

MINUTE ORDER
(DN 4)

It is hereby ORDERED that the Plaintiff's Motion to Vacate and Reset the Scheduling/Planning Conference Currently Scheduled for January 19, 2006, at 9:00 a.m., is GRANTED as follows:  The Scheduling Conference set on January 19, 2006, at 9:00 a.m. is VACATED.  However, a Status Conference will be held in its place.

Date:  January 13, 2006