IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02462-WYD-MJW

GEORGE MAYERS,

Plaintiff,

v.

FRANCIS H. HARVEY, SECRETARY OF THE ARMY,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Entry of a Protective Order
(docket no. 28) is GRANTED finding good cause shown.  The written Protective Order
is APPROVED and amended in paragraph 15 and made an Order of Court.

Date: June 13, 2006