**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-02462-WYD-MJW

GEORGE MAYERS,

    Plaintiff,

v.

FRANCIS J. HARVEY, Secretary of the Department of the Army,

    Defendant.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Motion to Strike Defendant's Endorsed Expert Witness (docket no. 32) is GRANTED.  Defendant has failed to file any response to this motion even after this court allowed Defendant additional time to respond to September 13, 2006.  This court deems the motion confessed.  Defendant's designated expert witnesses Gregory Montoya and Rhonda Trececk are both struck pursuant to Fed. R. Civ. P. 37(c)(1).

Date:  September 18, 2006