# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  05-cv-02462-WYD-MJW             FTR

**Date:**  October 3, 2006                           Shelley Moore, Deputy Clerk

GEORGE MAYERS,                                       Brian L. Lewis

          Plaintiff(s),

v.

FRANCIS J. HARVEY,                                   Amanda A. Rocque

          Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**SETTLEMENT CONFERENCE**

**Court in Session 3:05 p.m.**

Court calls case.  Appearances of counsel.  Plaintiff is present.  Defendant's representative, Captain Paul Muething, is present.

The Settlement Agreement is reviewed and placed on the record.  The settlement agreement also resolves the EEOC dispute, AR CARSON 02 JUL 0009 (also identified as AR CARSON 02 JUL 0655).

**ORDERED:**  The Settlement Agreement is approved.

**ORDERED:**  Parties shall submit their Joint Stipulated Motion for Dismissal with Prejudice to Judge Daniel by **October 27, 2006**.

**ORDERED:**  The Motion for Reconsideration (document 40) regarding Order on Motion to Strike is moot and therefore DENIED without prejudice.

**ORDERED:**  All further hearings before Magistrate Judge Watanabe, including the Final Pretrial Conference on December 20, 2006, are VACATED.

**Court in Recess 3:14 p.m.**
Total In-Court Time 0:09, hearing concluded; Time spent in settlement conference 05:00

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.