IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02462-WYD-MJW

GEORGE MAYERS,

    Plaintiff,

v.

FRANCIS J. HARVEY, SECRETARY OF THE ARMY,

    Defendant.

---

**ORDER OF DISMISSAL**

---

THIS MATTER is before the Court on the parties' Stipulation for Dismissal of Case with Prejudice (filed October 27, 2006).  The Stipulation seeks a dismissal of the case with prejudice pursuant to a settlement of all issues and claims.  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Stipulation for Dismissal of Case with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to pay their own costs and attorney's fees.

Dated:  November 8, 2006

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge